IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BOBBIE A. SCHEEL-BAGGS,

              Plaintiff,                        ORDER

v.

                                                      07-cv-671-bbc

BANK OF AMERICA d/b/a FIA CARD
SERVICES, N.A, successor-in-interest
to MBNA AMERICA BAN, NA; TRANS
UNION, LLC; CSC CREDIT SERVICES,
INC.; and MANN BRACKEN, LLC,

              Defendants.

---

On May 13, 2008, this court held a recorded telephonic hearing on defendant Trans Union's motion to compel discovery from plaintiff. *See* Dkt. 30. Both sides were represented by counsel (as were several other defendants with no direct stake in the motion.)

The motion was granted in part and denied in part in the manner and for the reasons stated on the record. Each side will bear its own costs on the motion.

By way of synopsis, plaintiff has until May 16, 2008 within which to disclose the date on which she retained counsel to assist her in this litigation. Plaintiff has until May 27, 2008 within which to submit to the court for *ex parte* review copies of her tax returns for the years 2003-07. The court then will disclose to defendants the sources and amounts of plaintiff's income in these years without disclosing the tax returns or other information from them.

At this time, the court will not order plaintiff to provide additional information in response to Trans Union's interrogatories 4-7, 10, 12 or 16, or requests for admission numbers

3 and 11. As discussed at the hearing, the court does not require parties to disclose information they do not have; on the other hand, it will not allow a requesting party to be sandbagged during summary judgment or other pretrial procedures by an opposing party's use of information that previously was requested but not disclosed.

The parties had no other matters to bring to the court's attention.

Entered this 13th day of May, 2008.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge