IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BOBBIE A. SCHEEL-BAGGS,

        Plaintiff,

v.

BANK OF AMERICA, *et al.*,

        Defendants.

ORDER

07-cv-671-bbc

---

On May 27, 2008, plaintiff submitted *in camera* her tax returns so that the court could act as the middleman on defendants' discovery request by extracting plaintiff's adjusted gross income from her self-employment as a dispatcher.[1]  Here is the information:

| YEAR | ADJUSTED GROSS INCOME |
|------|----------------------|
| 2003 | $9,237 |
| 2004 | $11,066 |
| 2005 | $10,563 |
| 2006 | $11,303 |
| 2007 | $11,826 |

Entered this 6th day of June, 2008.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge

---

[1] Scheel-Baggs does not list Reliable Transporting, LLC as her employer on any of her tax returns, nor does she ever claim a yearly salary, gross income or proceeds approaching $36,400, contradicting her response to Defendants' Interrogatory No. 3, *see* dkt 36, Exh. 2.  Perhaps there is a logical and reasonable explanation for these discrepancies.